**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gary J. PIERCE, Defendant–Appellant.**

No. 07–12782
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 26, 2008.

Robert Scott Gershman, Gershman & Goldstein, PA, West Palm BCH, FL, for Defendant–Appellant.

Before BIRCH, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

Robert S. Gershman, appointed counsel for Gary J. Pierce in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Pierce's sentence is **AFFIRMED.**